NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC DAROSA,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-2027
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary Handsel,
Judge.

Eric DaRosa, pro se.

PER CURIAM.

            Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.